# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DESTINY WASHINGTON,** | ) |
| Plaintiff, | ) ) ) Case No. 2:19-cv-02339-DDC |
| vs. | ) ) |
| **PARADIGM SERVICES, INC.,** | ) ) |
| Defendant. | ) ) ) |

## AGREED ORDER

NOW on this 24th day of October, 2019, upon agreement of the parties in the above case, the Court hereby orders the Kansas Human Rights Commission (KHRC) to release all records in its possession concerning Destiny Washington's KHRC charges against Paradigm Services, Inc. (KHRC Charge Nos. 39353-17 and 40996-19), including any and all documents to include, but not be limited to, correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related hereto. It is understood that the KHRC may withhold materials deemed by the KHRC to be conciliatory or deliberative in nature or which are the work product of KHRC legal staff.

IT IS SO ORDERED.

 s/ James P. O'Hara
James P. O'Hara
United States Magistrate Judge